Circuit granted. *The Attorney General, The Solicitor General and Mr. Assistant Attorney General Lloyd* for petitioner. *Mr. Albert H. Washburn* for respondent.

---

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM OCTOBER 11, 1909, TO FEBRUARY 20, 1910.

No. 3. UNITED STATES OF AMERICA, SUING AT THE COSTS AND FOR THE BENEFIT OF PENN IRON COMPANY, LIMITED, PLAINTIFF IN ERROR, *v.* WILLIAM R. TRIGG COMPANY AND VIRGINIA TRUST COMPANY. In error to the Supreme Court of Appeals of the State of Virginia. October 11, 1909. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. George Bryan* for plaintiff in error. *Mr. Frank W. Christian* and *Mr. Leigh Robinson* for defendants in error.

---

No. 10. THE PEOPLE OF PORTO RICO, APPELLANTS, *v.* THE ROMAN CATHOLIC APOSTOLIC CHURCH IN PORTO RICO. Appeal from the Supreme Court of Porto Rico. October 11, 1909. Dismissed, per stipulation. *Mr. Frank Feuille, Mr. Charles Hartzell, Mr. Henry M. Hoyt, 2d.,* for appellants. *Mr. Paul Fuller* and *Mr. Frederic R. Coudert* for appellee.

---

No. 14. THE ROMAN CATHOLIC APOSTOLIC CHURCH IN PORTO RICO, APPELLANT, *v.* THE PEOPLE OF PORTO RICO. Appeal from the Supreme Court of Porto Rico. October 11, 1909. Dismissed, per stipulation. *Mr. Frederic R. Coudert* and *Mr. Paul Fuller* for appellant. *Mr. Frank Feuille, Mr. Charles Hartzell* and *Mr. Henry M. Hoyt, 2d.,* for appellees.